UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In Re: | \* | |
| | \* | Chapter 7 |
| Financial Resources Mortgage Inc. | \* | Case No. 09-14565-JMD |
| C L and M, Inc. | \* | Case No. 09-14566-JMD |
|     Debtor(s) | \* | (Jointly Administered) |
| \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | |
| Steven M. Notinger | \* | |
| Chapter 7 Trustee, | \* | |
|     Plaintiff | \* | |
| | \* | |
| v. | \* | Adv. Pro. No. 11-1177-LHK |
| | \* | |
| Pershing, LLC | \* | |
|     Defendant | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ON CHAPTER 7 TRUSTEE'S EX PARTE MOTION TO DISMISS ADVERSARY PROCEEDING

Came before the Court on this date the Plaintiff / Chapter 7 Trustee ("the Trustee")'s Ex-Parte Motion to Dismiss Adversary Proceeding ("the Motion"), notice of the Motion having been served on the U.S. Trustee and the Defendant, and good cause appearing for granting the Motion, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.

2. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs.

3. The April 16, 2012 Hearing on Pershing, LLC's Motion to Dismiss is hereby cancelled.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which this Court has jurisdiction of the subject matter and the parties.

ENTERED at Manchester, New Hampshire.

1

Date:  April 09, 2012            /s/ Louis H. Kornreich
                                 Louis H. Kornreich, Bankruptcy Judge
                                 Sitting by Designation